JOHN C. McCULLOCH, JR., Appellant, v. AMERICAN CARRIER CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied. without costs. (*Gruber* v. *Wilson*, 276 N. Y. 135.) Present — Lazansky, P. J,, Hagarty, Carswell, Johnston and Taylor, JJ.

ANNA McDONNELL and EUGENE McDONNELL, as Executors, etc., of JOHN J. McDONNELL, Deceased, Respondents, v. EDWARD J. AGNEW, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABE JOSEPH, Appellant, v. BERT TRUESDELL, Undersheriff of the County of Orange, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

SOL RIBA, Respondent, v. LOUIS N. FIELD and REBECCA FIELD, Appellants.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

HYMAN SEIF, Respondent, v. CITY OF LONG BEACH, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

VINCENT A. SNYDER, Appellant, v. AUSTIN K. HAGGERTY, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

MARY G. STEPHENS, Respondent, v. NORTH BRITISH & MERCANTILE INSURANCE COMPANY, LIMITED, Appellant. (Appeal No. 1.) MARY G. STEPHENS, Respondent, v. NORTH BRITISH & MERCANTILE INSURANCE COMPANY, LIMITED, Appellant. (Appeal No. 3.) — Motions to resettle orders of reversal denied, without costs. [See *ante*, p. 881 and p. 881.] In the event that there is undue or unnecessary delay in executing the commissions, the plaintiff has the right to make application to vacate the stay of trial. Present — Lazansky, P. J., Hagarty, Adel and Close, JJ.; Carswell, J., not voting.

JAMES TIERNEY, JR., by JAMES TIERNEY, His Guardian ad Litem, and JAMES TIERNEY, Respondents, v. NEW YORK DUGAN BROTHERS, INC., Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

UNITED GARAGE, INC., Appellant, v. F. AND B. HOLDING CORPORATION, BERNARD BERNSTEIN and ABRAHAM FEINBERG, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.